■ ANTHONY CORDA, as Administrator of the Estate of THERESA CORDA, Deceased, Respondent, v MAIMONIDES MEDICAL CENTER, Appellant.

The verdict was excessive to the extent indicated. We have considered defendant's other contentions and find them to be without merit. Weinstein, J. P., Brown, Niehoff and Lawrence, JJ., concur.